FILED

2006 OCT 16  AM 9:00

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANI AHMADI,<br><br>                              Plaintiff,<br><br><br><br>          v.<br><br><br><br>MICHAEL CHERTOFF, et al.,<br><br>                          Defendants. | CASE NO: 06-CV-1808 W (AJB)<br><br><br>**ORDER REMANDING ACTION TO THE DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP & IMMIGRATION SERVICES** |

On September 8, 2006, Plaintiff filed a complaint to review his application for naturalization because 120 days had elapsed since the Department of Homeland Security conducted its statutorily authorized examination. The Court **REMANDS** this matter to the Department of Homeland Security, Citizenship & Immigration Services (CIS) with instructions to grant or deny the application under 8 U.S.C. § 1446(e) within 90 days.

Under 8 U.S.C. § 1446, CIS may examine any applicant for naturalization. Under § 1447(b), however, CIS effectively has 120 days from the examination date to

1   grant or deny the application.  In essence, "the court has the last word by exercising
2   exclusive jurisdiction over those naturalization applications on which the [CIS] has
3   failed to act in a timely fashion." United States v. Hovsepian, 359 F.3d 1144, 1162 (9th
4   Cir. 2004).  Section 1447(b) gives the court jurisdiction either to set a hearing to
5   determine the application itself, or to remand to CIS with appropriate instructions.

6       Plaintiff alleges that Defendant examined him on June 8, 2004.  (Compl. ¶ 5.)
7   Since then, Defendant has responded to Plaintiff's inquiries but has not determined the
8   application.  The vast majority of courts have held that the 120 day clock begins to tick
9   on the interview date, not at the end of the entire "examination process."  E.g., Said v.
10  Gonzales, No. C06-986P, 2006 WL 2711765, at *1 (W.D. Wash. Sept. 21, 2006)
11  (citing cases).  But see Danilov v. Aguirre, 370 F. Supp. 2d 441, 443 (E.D. Va. 2005).
12  The Court agrees that the "examination" mentioned in § 1447(b) refers to the initial
13  interview, not the entire examination process.  Thus, the Court has subject matter
14  jurisdiction over the case because the 120 period allegedly expired nearly two years ago.

15      Plaintiff is entitled to a timely hearing on his petition in accordance with the
16  procedure described in § 1446.  However, the most recent amendments to § 1447
17  suggest a congressional preference favoring CIS determinations where possible.  Indeed,
18  CIS is in a better position than this Court to conduct necessary background checks and
19  interpret the results. See Kelifa v. Chertoff, 433 F. Supp. 2d 836, 842 (E.D. Mich.
20  2006).  Because the statutory language gives the Court discretion whether to set a
21  hearing or remand with appropriate instructions to CIS, the Court elects to remand to
22  CIS.  Remand is consistent with the general rule that courts "should remand a case to
23  an agency for decision of a matter that statutes place primarily in agency hands." INS
24  v. Ventura, 537 U.S. 12, 16 (2002).

25      The Court also recognizes that further delay would seriously compromise
26  Plaintiff's right to a timely determination of his application.  The Court must exercise
27  its discretion in favor of the applicant, so as not to add to the requirements for
28  naturalization.  In re Kullman, 87 F. Supp. 1001, 1003 (W.D. Mo. 1949).  Thus, the

1  Court finds it appropriate to impose a 90 day time limit for final CIS action.

2       Accordingly, this action is **REMANDED** to the Department of Homeland

3  Security, Citizenship & Immigration Service for a timely determination of Plaintiff's

4  application for naturalization.

5

6       **IT IS SO ORDERED.**

7  **DATE: October 13, 2006**

8                                   Hon. THOMAS J. WHELAN
   United States District Court

9                                   Southern District of California

10  CC:   ALL PARTIES AND COUNSEL OF RECORD

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

06cv1808 W